DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WAYNE DEBLAKER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-981

[July 13, 2023]

Appeal of order denying rule 3.800 motions from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; N. Hunter Davis, Judge; L.T. Case No. 94-11290CF10A.

Wayne DeBlaker, Cross City, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***